IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JOSE LUIS MEDINA ALVARADO,<br><br>    Defendant.<br>_____/ | No. CR 01-0419 CRB<br><br>No. C 08-04557 CRB<br><br>**JUDGMENT** |

    The Court having denied defendant's motion to vacate his sentence by Memorandum and Order filed February 12, 2009, judgment is entered in favor of the United States of America and against Jose Luis Medina Alvarado.

    **IT IS SO ORDERED.**

Dated: February , 2009



CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2001\0419cr\Judgment.wpd