1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

           Plaintiff,

   v.

JOSE LUIS MEDINA ALVARADO,

           Defendant.

_____/

No. CR 01-0419 CRB

No. C 08-04557 CRB

**CERTIFICATE OF APPEALABILITY**

      Petitioner has appealed this Court's denial of his motion to vacate his federal sentence.  The Court must now decide whether to issue a certificate of appealability ("COA").  A court shall grant a COA "if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  "Where a district court has rejected the constitutional claims on the merits, the showing required to satisfy § 2253(c) is straightforward: the petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong."  Slack v. McDaniel, 529 U.S. 473, 484 (2000).

//
//
//
//

1    The Court GRANTS a certificate of appealability with respect to petitioner's

2    ineffective assistance of counsel claim.

3        **IT IS SO ORDERED.**

4

5    Dated: March 12, 2009



CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California